```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  7/5/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

QIHAN WENG,

                    Plaintiff,

-against-

UR JADDOU, Director of U.S. Citizenship and Immigration Services,

                    Defendant.

1:22-cv-79-MKV

ORDER OF DISMISSAL

MARY KAY VYSKOCIL, United States District Judge:

    IT IS HEREBY ORDERED that the above-captioned action is dismissed without prejudice and without costs or fees to either party.

    The Clerk of Court respectfully is requested to close this case.

**SO ORDERED.**

Date:  July 5, 2022
       New York, NY

                                            **MARY KAY VYSKOCIL**
                                            **United States District Judge**